CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 23 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IRENE S. BRYANT, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 7:16CV00504 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| STATE FARM FIRE AND | ) By: Hon. Glen E. Conrad |
| CASUALTY COMPANY, | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. Bryant's motion for partial dismissal of her complaint is **GRANTED.** The request for a declaration of ownership of the pit bull is dismissed without prejudice;

2. Bryant's motion for summary judgment is **DENIED**; and

3. State Farm's motion for summary judgment is **GRANTED**. It is further **DECREED**, pursuant to 22 U.S.C. § 2201, that the State Farm Homeowners Insurance Policy, policy number 46-02-1323-9, does not cover Norman P. Barker in the underlying Virginia state court action.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record. The Clerk is further directed to close this matter and strike it from the active docket of the court.

DATED: This 23rd day of May, 2017.

/s/ Glen E. Conrad
Chief United States District Judge